

**ORDERED in the Southern District of Florida on June 26, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:   CASE NO. 18-17589-BKC-AJC

**VIOLETTE BLANC**   CHAPTER 7
a/k/a Violette Saint Vil,

    **Debtor.**
_____/

**ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF THE
CHAPTER 7 FILING FEE**

THIS CAUSE came before the Court upon Debtor's *Applications for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments* [C.P. 3]. Upon consideration of the Debtor's Application, it is

**ORDERED AND ADJUDGED** that the *Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments* is **GRANTED.** This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver is unwarranted.

                                      # # #

Copies provided by the Clerk of Court to:

Violette Blanc, Debtor
Jacqueline C. Ledon, Esq.
Drew M. Dillworth, Chapter 7 Trustee
Assistant United States Trustee
Clerk of Court, Financial Deputy Clerk