United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 18-17589-AJC
Violette Blanc                                                          Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1        User: reynoldsm        Page 1 of 1            Date Rcvd: Jun 26, 2018
                            Form ID: CGFI2         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db             +Violette Blanc,    1321 NE 115th Street,    Miami, FL 33161-6824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
      Drew M Dillworth    ddillworth@swmwas.com,
      ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com
      Jacqueline C Ledon    on behalf of Debtor Violette  Blanc jledon@legalservicesmiami.org,
      crodriguez@legalservicesmiami.org;pleadings@legalservicesmiami.org
      Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                        TOTAL: 3

**CGFI2** (6/30/17)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–17589–AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Violette Blanc
aka Violette Saint Vil
1321 NE 115th Street
Miami, FL 33161
SSN: xxx–xx–3320

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **June 25, 2018**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(F). Payment advices are deficient as indicated: **missing checkmark to indicate why paystubs are not attached**
**Deadline to correct deficiency: 7/9/18**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:6/26/18**                                    **CLERK OF COURT**
                                                                By: Marva Reynolds , Deputy Clerk

*Copies to:*   Debtor
               Attorney for Debtor