United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 18-17589-AJC
Violette Blanc                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: cgrimm              Page 1 of 1            Date Rcvd: Jun 27, 2018
                              Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2018.
db              +Violette Blanc,   1321 NE 115th Street,   Miami, FL 33161-6824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2018 at the address(es) listed below:
        Drew M Dillworth    ddillworth@swmwas.com,
         ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com
        Jacqueline C Ledon    on behalf of Debtor Violette  Blanc jledon@legalservicesmiami.org,
         crodriguez@legalservicesmiami.org;pleadings@legalservicesmiami.org
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                                       TOTAL: 3



**ORDERED in the Southern District of Florida on June 26, 2018.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CASE NO. 18-17589-BKC-AJC |
| VIOLETTE BLANC | CHAPTER 7 |
| a/k/a Violette Saint Vil, | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

THIS CAUSE came before the Court upon Debtor's *Applications for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments* [C.P. 3]. Upon consideration of the Debtor's Application, it is

**ORDERED AND ADJUDGED** that the *Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments* is **GRANTED.** This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver is unwarranted.

# # #

Copies provided by the Clerk of Court to:

Violette Blanc, Debtor
Jacqueline C. Ledon, Esq.
Drew M. Dillworth, Chapter 7 Trustee
Assistant United States Trustee
Clerk of Court, Financial Deputy Clerk