**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Violette Blanc                                                          Case No.  18-17589-AJC
                                                                                            Chapter 13

_____ Debtor/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Motion to Convert Case from Chapter 7 to Chapter 13 (D.E. 21) and Re-Notice of Hearing (D.E 24) were served as follows:

*via electronic mailing on July 27, 2018:*

Jeffrey R. Becker, Esq. on behalf of Creditor Dodge Enterprises, Inc. c/o Hiday & Ricke, P.A.
jbecker@hidayricke.com, bwheeler@hidayricke.com

Drew M Dillworth
ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com;marocha@stearnsweaver.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov


*And via U.S. Mail on July 27, 2018:*

AT& T
PO Box 5014
Carol Stream, IL  60197-5014

Aventura Hospital
PO Box 9060
Clearwater, Fl  33758-9060

Comcast
PO Box 530098
Atlanta, GA  30353-0098

Convergent Outsourcing Inc.
800 SW 39th Street
Renton, WA   98057

Direct TV
PO Box 105261
Atlanta, GA  30348-5261

Dodge Enterprises, Inc., as Assignee of
Oliphant Financial Corp.
c/o Hiday & Riche, PA
PO Box 550858
Jacksonville, Fl  32255

Genie Charles
1321 NE 115 Street
Miami, Fl  33161

Miami-Dade Ambulance Service
2766 NW 62nd Street
Miami, Fl  33147

Ocwen Loan Servicing LLC
Attn: Research Dept
12650 Ingenuity Dr
Orlando, Fl  32826-2703

SMAC
PO Box 2092
Memphis, TN  38101

SYNCB/JC Penny
PO Box 965036
Orlando, Fl  32896

Transworld Systems, Inc
220 Northpointe Parkway
Buffalo, NY  14228

                    Respectfully submitted,
                    LEGAL SERVICES OF GREATER MIAMI, INC.
                    Attorneys for Debtor
                    4343 W. Flagler Street, Suite 100
                    Miami, Florida 33134
                    Telephone/Facsimile: (305) 438-2401

                    _____/ s/_____
                    Jacqueline C. Ledón, Esq.
                    Florida Bar No.: 0022719