UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                        CASE NO.:   18-17589-AJC
Violette Blanc                                    CHAPTER 7 NO ASSET
AKA Violette Saint Vil,
Debtor.
_____/

**CERTIFICATE OF CONTESTED MATTER**

       Dodge Enterprises, movant, has filed a Motion for Stay Relief, dated July 3, 2018 (DE 17), pursuant to Local Rule 4001-1(c).   Movant represents:

       1.      Service was timely made on all interested parties pursuant to the referenced rule as is evidenced by a copy of the attached certificate of service previously filed.

       2.      If applicable, the motion contained the bulletin required by the referenced rule.

       3.      The deadline for a response was July 17th, 2018.

       4.      The only objections or requests for hearing filed in response, which have been received, are the following: Debtor's Response to Motion for Relief From Stay (DE 20)

       5.      As of July 25, 2018, a check of the electronic entries docketed in this case confirms that no other objections or requests for hearing on this matter have been filed.

DATED: July 26, 2018

                                                                             :/s/ Jeffrey R. Becker
                                                                             Signature

                                                                             Jeffrey R. Becker, Esquire
                                                                             Attorney for Creditor
                                                                             P.O. Box 550858
                                                                             Jacksonville, Florida   32255-0858
                                                                             (904) 363-2769; Fax: (904) 363-0538
                                                                             Florida Bar No. 0792977