UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  
Violette Blanc  
AKA Violette Saint Vil,  
Debtor.  
_____/

CASE NO.:  18-17589-AJC  
CHAPTER 7 NO ASSET

**CREDITOR'S OBJECTION AND RESPONSE TO**
**<u>DEBTOR'S MOTION TO CONVERT</u>**

Creditor Dodge Enterprises, Inc., objects to the Debtor's Motion to Convert and alleges:

1. Creditor is the assignee of a final judgment entered against the debtor on September 29, 2006, in the amount $11,323.72 in that certain Dade County Court case styled Oliphant Financial Corporation v. Clervoix Saint Vil and Violet Saint Vil, Case No. 05-23771-CC23. A copy of the final judgment and assignment of judgment are attached hereto as Exhibits "A" and "B."

2. On January 15, 2018, Creditor caused instructions for levy to be issued to the Sheriff of Dade County directing it to levy upon debtor's 2008 Hummer H3 – VIN #5GTEN13E988183795, Exhibit "C," which said Sheriff levied upon on or about February 7, 2018, and for which said Sheriff issued its Notice of Sheriff's Levy and Notice of Sheriff's Sale for April 25, 2018. Exhibit "D." Debtor valued said vehicle at $12,666 in the state court action. Exhibit "E." To date, the levy sale has not taken place and said Sheriff is in possession of said vehicle.

3. By virtue of the Sheriff having levied upon the aforesaid vehicle, creditor became a lien holder. Fla. Stat. §319.27(2).

4. Debtor filed her Chapter 7 petition on June 25, 2018, and listed the levied upon vehicle in her Schedule B as having no value and for which she did not exempt the same. Her Schedule I combined monthly income is $1,838 and her Schedule J monthly expenses total $3,264 leaving the debtor with -$1,426 in monthly net income. (DE1).

5.      Although debtor is eligible to be a Chapter 13 debtor, 11 U.S.C. §109(e), she cannot in good faith propose a Chapter 13 plan. Debtor's monthly mortgage expense is $1,217. Without interest, the monthly payment to creditor on the subject vehicle based upon debtor's value, Exhibit E, over a period of 60 months is $211.10. This leaves the debtor less than $409.90 to cover her $2,047 in monthly expenses.

WHEREFORE, Creditor objects to the debtor's motion to convert and requests that the Court deny the same and for such other relief as this Court deems just and equitable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

>Hiday & Ricke, P.A.
>
>By: /s/ Jeffrey R. Becker
>Jeffrey R. Becker, Esquire
>Attorney for Creditor
>P.O. Box 550858
>Jacksonville, Florida  32255-0858
>(904) 363-2769; Fax: (904) 363-0538
>Florida Bar No. 0792977

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either by U.S. Mail or electronically this __27th__ day of July, 2018 to Drew M. Dillworth, 2200 Museum Tower 150 West Flagler Street, Miami, FL 33130, Assistant U.S. Trustee, Claude Pepper Fed Bldg, Rm 1204, 51 SW First Ave, Miami, FL 33130, Violette Blanc, 1321 NE 115th Street, Miami, FL 33161 and Jacqueline C Ledon, 4343 W. Flagler Street, Suite 100, Coral Gables, FL 33134.

>Hiday & Ricke, P.A.
>
>By:/s/ Jeffrey R. Becker
>Jeffrey R. Becker, Esquire
>Post Office Box 550858
>Jacksonville, FL 32255
>(904) 363-2769  Fax: (904) 363-0538
>Email: bankruptcy@hidayricke.com
>Florida Bar No.: 0792977
>File # 201801407



12/11/2017                      Miami-Dade Official Records - Print Document          

85192359.00/D453F/3/17/06/453/BN#475/CID#0206604900078224

IN THE COUNTY COURT IN THE 11TH JUDICIAL
CIRCUIT IN AND FOR DADE COUNTY, FLORIDA

OLIPHANT FINANCIAL CORPORATION
      Plaintiff,
vs.      CASE NUMBER: 05-23771-CC23

CLERVOIX SAINT VIL AND VIOLET SAINT VIL
      Defendant(s).
_____/ DEFAULT FINAL JUDGMENT

THIS ACTION, came onto be heard on the _____ day of _____, 20__, and was heard after entry of default against the Defendant(s) and; IT IS ADJUDGED, that the Plaintiff, OLIPHANT FINANCIAL CORPORATION, hereby recovers from the Defendant(s), CLERVOIX SAINT VIL AND VIOLET SAINT VIL, the principal sum of $9495.18, with court costs in the sum of $295.00, and attorney's fees in the amount of $ _reserve_ , and pre-judgment interest in the amount of $1533.54 all which shall bear interest at the rate of ____9____ percent % per year until paid as provided by Florida Statute 55.03, for all of which let execution issue. It is further ordered and adjudged that the Defendant shall complete Florida Rules of Procedure Form 1.977 (Fact Information Sheet) and return it to the Plaintiff's Attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or a motion for new trial or notice of appeal is filed. Jurisdiction of this case is retained to enter further orders that are proper to compel the Defendant (s) to complete form 1.977 and return it to the Plaintiff's attorney.

DONE AND ORDERED, in Chambers, __MIAMI__, DADE County, Florida, this __29__ day of __September__, 20 __06__.

FINAL ORDER AS TO _____
SRS DISPOSITION
NUMBER ____12____                    _____
                                     COUNTY COURT JUDGE

Conformed Copies to:
Please mail a conformed copies to each Party checked off below:

    ✗  To: The Plaintiff at: P.O. BOX 2899, SARASOTA, FL 34230
    ✗  To: Law Offices of Stanley B. Erskine (Fla Bar ID# 264547) & Andrew D.
         Fleisher (Fla Bar ID# 260355) Attorney for Plaintiff
    ✗  55 Weston Road, Suite 300, Fort Lauderdale, Florida 33326 (954)384-1490
        To: The Defendant at: 1321 NE 115TH ST, MIAMI, FL 33161

I certify that a copy of the above judgment and above referenced fact information sheet attached hereto was mailed to each party checked off above.

By:_____
Court Assistant or Deputy Court Clerk

Bk 24974 Pg 1675 CFN 20061067467 10/04/2006 14:55:34 Pg 1 of 1 Mia-Dade Cty, FL

**EXHIBIT B**

IN THE COUNTY COURT, IN THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

CASE NO.: 05-23771-CC23
DIVISION:

OLIPHANT FINANCIAL CORPORATION,

    Plaintiff,

vs.

CLERVOIX SAINT VIL, an Individual and
VIOLET SAINT VIL, an Individual,

    Defendants.
_____/

## ASSIGNMENT OF JUDGMENT

**THIS INDENTURE**, made on this 23rd day of June 2009, between Oliphant Financial Corporation/Oliphant Financial LLC, Assignor and Dodge Enterprises, Inc.

Plaintiff, Oliphant Financial Corporation/Oliphant Financial LLC, in consideration of the sum of $10.00 and other valuable consideration, receipt of which is acknowledged, paid to it by Dodge Enterprises, Inc., assignee, hereby assigns to assignee and its assigns a certain final judgment, dated September 29, 2006, against Defendants Clervoix Saint Vil and Violet Saint Vil in the amount of $11,323.72.

Oliphant Financial Corporation/Oliphant Financial LLC, hereby irrevocably appoints assignee and its assigns its true and lawful attorney in fact, with power of substitution and revocation, for its own use and at its own costs and charges, to demand and receive the above money, take out executions and take in its name otherwise all lawful ways and means for the recovery of the money due or to become due on the judgments, and on payment to acknowledge satisfaction of or discharge the same. Assignor agrees that it will not collect or receive the same, or any part thereof, nor release or discharge the judgment, but will allow all lawful proceedings therein.

**In witness whereof,** this assignment has been duly executed by the assignor the day and year first above written.

Oliphant Financial Corporation/Oliphant Financial LLC

By: _Sherri Wright_

State of Florida
County of Sarasota

The foregoing instrument was subscribed to before me this 25 day of September, 2009, by Sherri Wright, as Legal Outsource Manager of Oliphant Financial Corporation/Oliphant Financial LLC, to me personally known who stated under oath that he is the person described in and who executed said instrument on behalf of Oliphant Financial Corporation/Oliphant Financial LLC.

July 26, 2013
My Commission Expires

_Tatiana Quinones_
Notary Stamp/Seal

Notary Public

_Tatiana Quinones_
Type or Print Notary Name



TATIANA QUINONES
MY COMMISSION # DD 909190
EXPIRES: July 26, 2013
Bonded Thru Notary Public Underwriters

*20901517-1681-1-41*

**EXHIBIT C**

IN THE COUNTY COURT, IN THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

CASE NO.: 05-23771-CC23
DIVISION:

OLIPHANT FINANCIAL CORPORATION,

    Plaintiff,

vs.

CLERVOIX SAINT VIL, an Individual and
VIOLET SAINT VIL, an Individual,

    Defendants.
_____/

### INSTRUCTIONS FOR LEVY

To:    Sheriff of Dade County
Date:  January 15, 2018

    In the matter of an execution for money, issued out of the County Court, Dade County, Florida, in the above styled case, you are hereby instructed to levy upon the following described personal property,

    2008 Hummer H3 - VIN #5GTEN13E988183795

    plus any and all contents on or inside the above described vehicle including keys when applicable, as the property of the defendant, Violet Saint Vil.

    The real party in interest in this matter, pursuant to Fla. R.Civ.P 1.260 (c) is Dodge Enterprises, Inc., as assignee of Oliphant Financial Corporation. Accordingly, any ownership title or document to be issued herein to the Plaintiff, if the Plaintiff is the successful bidder, shall be issued in the name Dodge Enterprises, Inc., rather than as reflected in the above case style.

    Disclosure of the balance of the Writ as follows: $11,323.72 bearing interest at 9.00%, from September 29, 2006, until paid and that you have this writ before said court when satisfied. Less credit for payment(s) received in the amount of $7,581.68 (please see attached).

    All such property is located at 1321 NE 115th Street, Miami, FL 33161-6824, Dade County or any other location where the Vehicle may be found.

    To the best of plaintiff's knowledge and belief, there is no attorney of record for the defendant as of: January 16, 2018.

    The defendant's last known Address is 1321 NE 115th Street, Miami, FL 33161-6824.

It is expressly understood and agreed that you as Sheriff of Dade County, Florida, shall be held blameless in making a wrongful levy when acting upon these instructions and it is further understood and agreed that I shall pay all costs incident to this levy, advertisement and sale, should the property levied upon for any reason, including bankruptcy, not be sold or if upon sale should not produce sufficient money to pay said costs unless said costs should have been paid by the defendant.

Hiday & Ricke, P.A.

By: _____
Jeffrey R. Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769 Fax: (904) 363-0538
Email: postjudgment@hidayricke.com
Florida Bar No.: 0792977

This is a communication from a debt collector.

NOTE: Section 30.30, Florida Statutes, provides that the Sheriff must "levy upon property specifically described" in the writ. It further provides that if the Sheriff attempts to levy upon any property, other than that specifically described in the writ, he may require the plaintiff to furnish a bond for his protection.

200901517 / Instructions for Levy

**EXHIBIT D**

IN THE COUNTY COURT, IN THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

CASE NO: 05-23771-CC23

OLIPHANT FINANCIAL CORPORATION,
    Plaintiff,
vs.

CLERVOIX SAINT VIL, an Individual and
VIOLET SAINT VIL, an Individual,
    Defendants.
_____/

NOTICE OF SHERIFF'S SALE

Notice is hereby given that under an by virtue of a **Writ of Execution** issued in the above styled cause, I, Juan J. Perez, Sheriff of Miami-Dade County, Florida, have levied upon and will offer for sale all the right, title, and interest of said defendant, **Violet Saint Vil a/k/a Violette Blanc,** in the below described property. The sale will be held at 601 NW 1 Court, on the 9th Floor, in Miami, Miami-Dade County, Florida, on the **25** day of **April, 2018**, at 11:00 a.m. and continue from day to day, except Saturday and Sunday, until such property is disposed of to the highest and best bidder for cash.

**The following property is offered for sale:**

2008 HUMMER H3 SUV
I.D. #5GTEN13E988183795

STORAGE LOCATION:
DIXIE TRANSPORT INC
15627 NW 15 AVENUE
MIAMI, FL 33169

as the property of the said defendant, **Violet Saint Vil a/k/a Violette Blanc,** to satisfy said Writ of Execution.

Dated this 21 day of March, 2018.

Juan J. Perez
Director and Metropolitan Sheriff
Miami-Dade County Florida

By: _____
    Sergeant E. Valdes, Deputy Sheriff

SHERIFF'S
SEAL
03/23; 03/28; 04/04; 04/11/2018

ATTORNEY THE PLAINTIFF
Hiday & Ricke, P.A.
P.O. Box 550858
Jacksonville, FL 32255

For information in regard to this case contact Charlean Johnson at: (786) 469-3659

THIS INSTRUMENT WAS PREPARED BY
COURT SERVICES BUREAU
601 NW 1 COURT, 9TH FLOOR
MIAMI, FLORIDA 33136

BY: SGT. E. VALDES

REFERENCE NO: 1038181251

IN THE COUNTY COURT, IN THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR DADE COUNTY, FLORIDA

CASE NO: 05-23771-CC23

OLIPHANT FINANCIAL CORPORATION,
    Plaintiff,
VS.

NOTICE OF SHERIFF'S LEVY

CLERVOIX SAINT VIL, an Individual and
VIOLET SAINT VIL, an Individual,
    Defendants.
_____/

Notice is hereby given that under and by virtue of a writ of execution issue out of the **County Court** in and for Miami-Dade County, Florida, in the case of **OLIPHANT FINANCIAL CORPORATION, Plaintiff vs. CLERVOIX SAINT VIL, and Individually and VIOLET SAINT VIL, an Individual, Defendants.** I have levied this day upon all of the right, title and interest of the said defendant, **Violet Saint Vil a/k/a Violette Blanc,** in and to the following described property, situate, lying and being in Miami-Dade County, Florida, to-wit:

2008 HUMMER H3 SUV
I.D. #5GTEN13E988183795

Dated this 21 day of March, A.D., 2018.

JUAN J. PEREZ
Sheriff of Miami-Dade County, Florida

By: _____
Sergeant E. Valdes, Deputy Sheriff

For information in regard to this case contact Charlean Johnson at: (786) 469-3659

IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 05-23771 CC 23
CIVIL DIVISION

Oliphant Financial Corp.,
    Plaintiff,

v.

Saint-Vil, Clervoix, Saint-Vil, Violet n/k/a
Blanc, Violette,
    Defendant,

_____/

## Defendant, Violette Blanc's, Inventory & Affidavit

Pursuant to Fla. Stat. § 222.061(1), Defendant Violette Blanc, files an inventory of her personal property with an attached affidavit as follows:

| Personal Property | Fair Market Value | Exemption Claimed |
|---|---|---|
| motor vehicle: 2008 Hummer VIN # 5GTEN13E988183795 Title # 100368397 | $12,666.00 | Fla. Stat. § 222.25(1), (4) |
| Chase Checking Account #XXXX3223 | $312.00 | |
| household goods & furnishings: 1 king mattress, 1 full mattress, 2 night tables, 2 dresser, 1 vanity, 1 dining room table and chairs, 1 kitchenette table and chair, 1 coffee table, 1 couch, 2 televisions (flat screen 30" and 40"), kitchen pots, pans, plates, utensils | $300.00 | |
| personal clothing and shoes | $50.00 | |
| costume jewelry | $30.00 | |
| computer (not working) | $10.00 | |

STATE OF FLORIDA    )
    )
COUNTY OF MIAMI-DADE    )

BEFORE ME, the undersigned authority personally appeared Violette Blanc, who, after being duly cautioned and sworn deposes and says:

1. My name is Violette Blanc.

2. My married name was Violet Saint-Vil. I am now divorced.

3. I certify that the inventory identified above contains a correct list of all personal property owned by me and that the value shown, to the best of my personal knowledge, is the fair market value of the property. I claim the property designated above as exempt from garnishment, levy and/or sale.

FURTHER AFFIANT SAYETH NAUGHT.

X_____
Violette Blanc

The foregoing instrument was acknowledged before me by Violette Blanc, who has produced a ___Drivers License___ as identification, on March 23, 2018.

_____
Notary Public, State of Florida

_____
Printed Name of Notary
My Commission Expires: _____


CAROLYN COLEMAN
MY COMMISSION #FF087596
EXPIRES April 26, 2018
(407) 398-0153   FloridaNotaryService.com

Pursuant to Fla. Stat. § 222.061(6.), Defendant Violette Blanc, demands her reasonable attorneys fees and costs.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.
*Attorneys for Defendant*
4343 West Flagler Street, Suite 100
Miami, Florida 33134
Telephone / Facsimile: (305) 438-2401
Primary Email: jledon@lsgmi.org
Secondary Email: crodriguez@lsgmi.org

_____
Jacqueline C. Ledón, Esq.
Florida Bar No.: 022719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 23rd day of March, 2018 via e-service to Hiday & Ricke, P.A., Jennifer Reiss, Esq., Attorney for Plaintiff, at litigate@hidayricke.com .

/s/ Jacqueline C. Ledón
Jacqueline C. Ledón, Esquire