**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   Violette Blanc                                                          Case No: 18-17589-AJC
                                                                                         Chapter 7

_____Debtor_____/

## NOTICE OF WITHDRAWING DOCUMENT

The Debtor gives Notice of Withdrawing her Memorandum of Law in Support of Response in Opposition to Creditor Dodge Enterprises, Inc.'s Motion Seeking Stay Relief [D.E. 32].

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

_____/s/_____
Jacqueline C. Ledón, Esq.
Florida Bar No. 0022719
Attorney for Debtor
4343 W. Flagler Street, Suite 100
Miami, Florida  33134
Telephone/Facsimile: (305) 438-2401