

**ORDERED in the Southern District of Florida on August 15, 2018.**

*A. Jay Cristol*
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-17589-BKC-AJC

CHAPTER 7

IN RE:

VIOLETTE BLANC
    Debtor.
_____/

**AGREED ORDER DENYING CREDITOR, DODGE ENTERPRISES, INC'S MOTION SEEKING RELIEF FROM AUTOMATIC STAY PURSUANT TO BANKRUPTCY RULE 4001**

THIS CAUSE having come on to be heard on the Creditor, Dodge Enterprises, Inc's Motion seeking relief from automatic stay pursuant to Bankruptcy Rule 4001, [ECF 17], this Court noting agreement of parties and noting a hearing is scheduled for August 16, 2018 at 11:00 a.m., and based upon the record, it is,

**ORDERED**:

1.    The Creditor, Dodge Enterprises, Inc's Motion seeking relief from automatic stay pursuant to Bankruptcy Rule 4001 Motion is DENIED.

2. The Motion for Relief is denied conditioned upon a payment of $2,100.00, in cleared funds, payable to "Hiday & Ricke, P.A., Trust Account" to Hiday and Ricke, P.A., Post Office Box 550858, Jacksonville, FL 32255, within 14 days of the date of this order. In the event that the Debtor does not provide cleared funds to Hiday and Ricke, P.A., Trust Account, then Hiday and Ricke shall file a Notice of Non-compliance and then the Motion for Relief from stay shall be reset.

3. Upon receipt of cleared funds, within 14 days of this Order, the creditor, Dodge Enterprises, Inc., shall advise the Sheriff's Department to release the car to Debtor, Violette Blanc.

4. In the event the Debtor does not retrieve the car within 24 hours of notice to the Sheriff, then the Debtor shall be responsible for any further storage fees.  Any storage charges prior to the pickup of the vehicle within 24 hours of entry of this order shall be the responsibility of Dodge Enterprises Inc.

5. In the event the Debtor proceeds with the Motion to Convert Case to Chapter 13, the creditor, Dodge Enterprises, Inc., has no objection.

6. The payment of $2,100.00, will be payment in full of the value of the vehicle, less any Debtor's exemptions and shall not be subject to Chapter 7 Trustee liquidation test.

### # # #

Submitted by:
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com
Copies furnished to:
Michael A. Frank, Esquire
Drew Dillworth, Trustee
Jeff Becker, Esquire
Jacqueline C Ledon, Esquire

Attorney, Jeff Becker, Esquire, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.